1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>I CAFÉ, TSO HIN FONG; and GEORGE K. SHAMIEH and KATHRYN SHAMIEH CO-TRUSTEES of THE FAMILY TRUST DATED 01/15/1994,<br><br>　　　　Defendants. | **CASE NO.  CV-09-1448-MEJ**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TSO HIN FONG TO RESPOND TO COMPLAINT** |

Plaintiffs CRAIG YATES, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendant TSO HIN FONG, by and through their respective counsel, respectfully request and make the following stipulation:

　　1.　　Whereas, defendant TSO HIN FONG was personally served with the summons and complaint on May 5, 2009, an answer to the complaint is due on May 26, 2009;

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TSO HIN FONG TO RESPOND TO COMPLAINT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CV-09-1448-MEJ**

1  ///

2        2.    Whereas, defendant TSO HIN FONG requested a 30-day extension to respond to
3  plaintiffs' complaint; and

4        3.    Whereas, the parties are currently in negotiation to settle the above-referenced
5  case, and wish to reduce fees, costs and litigation expenses in so doing.  The parties need
6  additional time to negotiate the terms; and

7        4.    Whereas, the parties believe it would be in the interests of efficiency and
8        economy
9  to extend the deadline for defendant TSO HIN FONG to respond to the complaint, and to allow
10 time to negotiate an agreement; and

11       5.    Whereas, defendant's further stipulates that defendant will comply with any and
12 all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or
13 any scheduling order issued by this court prior to the date on which defendant's responsive
14 pleading is due; and

15       6.    Whereas, plaintiffs' have agreed to grant a 30-day extension of time for the
16 defendant TSO HIN FONG to respond to the complaint.

17 **IT IS STIPULATED:**

18 That the last day for Defendant TSO HIN FONG, to respond to the complaint shall be
19 extended up to and including June 25, 2009.
20 Respectfully submitted,

21

22 DATED: May 20, 2009          THOMAS E. FRANKOVICH,
23                                     *A PROFESSIONAL LAW CORPORATION*

24
25                                 By: _____/S/_____
                                      Thomas E. Frankovich
26                                 Attorneys for Plaintiffs CRAIG YATES and
                                DISABILITY RIGHTS ENFORCEMENT,
27                                 EDUCATION SERVICES: HELPING YOU HELP
                                OTHERS

28 **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT**
**TSO HIN FONG**
**TO RESPOND TO COMPLAINT**
                                                                               **CV-09-1448-MEJ**  2

1  ///

2  ///

3  ///

4  DATED: _____, 2009        RAMI S. SHAMIEH,
                                       **Shamiyeh & Shamieh Attorneys at Law**

                                       By: _____
                                       Attorneys for Defendant TSO HIN FONG

## ORDER

IT IS HEREBY ORDERED that Defendant TSO HIN FONG is granted an extension of time to and including June 25, 2009, to answer or otherwise respond to plaintiffs' complaint.

DATED: May 26, 2009                    _____
                                       HON. MARIA ELENA JAMES
                                       United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TSO HIN FONG TO RESPOND TO COMPLAINT**

CV-09-1448-MEJ  3