1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>I CAFÉ, TSO HIN FONG; and GEORGE K. SHAMIEH and KATHRYN SHAMIEH CO-TRUSTEES of THE FAMILY TRUST DATED 01/15/1994,<br><br>        Defendants.<br>_____ | **CASE NO.  CV-09-1448-MEJ**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT** |

22          Plaintiffs CRAIG YATES, an individual and DISABILITY RIGHTS, ENFORCEMENT,

23  EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendant

24  KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994, by and

25  through their respective counsel, respectfully request and make the following stipulation:

26          1.     Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

27  TRUST DATED 01/15/1994 was personally served with the summons and complaint on May

28  7, 2009, an answer to the complaint is due on May 27, 2009;

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF
THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT

                                                                CV-09-1448-MEJ

1    2.    Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

2    TRUST DATED 01/15/1994 requested a 30-day extension to respond to plaintiffs' complaint;

3    3.    Whereas, the parties are currently in negotiation to settle the above-referenced

4    case, and wish to reduce fees, costs and litigation expenses in so doing.  The parties need

5    additional time to negotiate the terms;

6    4.    Whereas, the parties believe it would be in the interests of efficiency and economy

7    to extend the deadline for defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

8    TRUST DATED 01/15/1994 to respond to the complaint, and to allow time to negotiate an

9    agreement;

10   5.    Whereas, defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY

11   TRUST DATED 01/15/1994 further stipulates that defendant will comply with any and all due

12   dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any

13   scheduling order issued by this court prior to the date on which defendant's responsive pleading

14   is due; and

15   6.    Whereas, plaintiffs' have agreed to grant a 30-day extension of time for the

16   defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED

17   01/15/1994 to respond to the complaint.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT**

1    **IT IS STIPULATED:**

2    That the last day for Defendant KATHRYN SHAMIEH CO-TRUSTEE OF THE

3    FAMILY TRUST DATED 01/15/1994, to respond to the complaint shall be extended up to and

4    including June 26, 2009.

5    Respectfully submitted,

6

7    DATED: May 27, 2009                   THOMAS E. FRANKOVICH,
                                           *A PROFESSIONAL LAW CORPORATION*
8

9
                                           By: _____/S/_____
10                                             Thomas E. Frankovich
                                           Attorneys for Plaintiffs CRAIG YATES and
11                                         DISABILITY RIGHTS ENFORCEMENT,
                                           EDUCATION SERVICES: HELPING YOU
12                                         HELP OTHERS

13   DATED: May 27, 2009                   RAMI S. SHAMIEH,
                                           **Shamiyeh & Shamieh Attorneys at Law**
14

15
                                           By: _____/S/_____
16                                         Attorneys for Defendants TSO HIN FONG; and
                                           GEORGE K. SHAMIEH and KATHRYN
17                                         SHAMIEH CO-TRUSTEES of THE FAMILY
                                           TRUST DATED 01/15/1994
18

19                          **ORDER**

20   IT IS HEREBY ORDERED that Defendant KATHRYN SHAMIEH CO-TRUSTEE OF

21   THE FAMILY TRUST DATED 01/15/1994 is granted an extension of time to and including

22   June 26, 2009, to answer or otherwise respond to plaintiffs' complaint.

23

24   DATED: ____June 1_____, 2009         _____
                                           HON. MARIA-ELENA JAMES
25                                         United States Magistrate Judge

26

27

28

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT**

**CV-09-1448-MEJ**          3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KATHRYN SHAMIEH CO-TRUSTEE OF THE FAMILY TRUST DATED 01/15/1994 TO RESPOND TO COMPLAINT**

**CV-09-1448-MEJ**          4