UNITED STATES DISTRICT COURT

Northern District of California

| | | |
|---|---|---|
| CRAIG YATES, | | |
| | Plaintiff(s), | No. C 09-01448 MEJ |
| v. | | **ORDER RE: STATUS** |
| ICAFE, | | |
| | Defendant(s). | |

On October 13, 2009, the Plaintiffs in this case filed a Notice of Settlement. (Dkt. #10.) Although Plaintiffs stated that dismissal documents would be filed within 90 days, no further filings have been made. Accordingly, the Court hereby ORDERS the parties to file a stipulation for dismissal or request that the matter be placed back on calendar. The stipulation shall be filed by February 2, 2010.

**IT IS SO ORDERED.**

Dated: January 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge