UNITED STATES DISTRICT COURT

Northern District of California

CRAIG YATES,

           Plaintiff(s),             No. C 09-01448 MEJ

   v.

ICAFE,                               **SECOND ORDER RE: STATUS**

           Defendant(s).
_____/

On October 13, 2009, the Plaintiffs in this case filed a Notice of Settlement. (Dkt. #10.) Although Plaintiffs stated that dismissal documents would be filed within 90 days, no further filings have been made. Accordingly, on January 20, 2010, the Court ordered the parties to file a stipulation for dismissal or request that the matter be placed back on calendar. The stipulation was to be filed by February 2, 2010. (Dkt. #11.) As no stipulation has been received, the Court hereby ORDERS the parties to file their stipulation by February 25, 2010, or the case will be dismissed.

**IT IS SO ORDERED.**

Dated: February 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge