THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

CRAIG YATES , an individual;
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES:
HELPING YOU HELP OTHERS,
a California public benefit corporation,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual; and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES:HELPING YOU
HELP OTHERS, a California public benefit
corporation,

      Plaintiffs,

v.

I CAFÉ, TSO HIN FONG; and GEORGE K.
SHAMIEH and KATHRYN SHAMIEH
CO-TRUSTEES of THE FAMILY TRUST
DATED 01/15/1994,

      Defendants.

**CASE NO. CV-09-1448-MEJ**

**STIPULATION OF DISMISSAL AND**
~~**[PROPOSED]**~~ **ORDER THEREON**

        The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4     This stipulation may be executed in counterparts, all of which together shall constitute one

5  original document.

6

7  Dated: February 12, 2010                    THOMAS E. FRANKOVICH
                                               *A PROFESSIONAL LAW CORPORATION*
8

9                                              By:_____/S/_____
                                                    Thomas E. Frankovich
10                                             Attorney for CRAIG YATES and
                                               DISABILITY RIGHTS ENFORCEMENT,
11                                             EDUCATION SERVICES:HELPING YOU HELP
                                               OTHERS
12

13

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE

Dated: February 23, 2010

SHAMIYEH SHAMIEH
Attorneys At Law




By:_____/S/_____
        Rami S. Shamieh
Attorneys for TSO HIN FONG; and GEORGE K.
SHAMIEH and KATHRYN SHAMIEH CO-
TRUSTEES of THE FAMILY TRUST DATED
01/15/1994




## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. The Clerk of Court shall close the file.


Dated: ___March 1_____. 2010


_____
Honorable Maria-Elena James
Chief United State Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE

-3-