| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
|   | Telephone:   415/674-8600 |
| 4 | Facsimile:   415/674-9900 |
| 5 | CRAIG YATES , an individual; |
|   | and DISABILITY RIGHTS ENFORCEMENT, |
| 6 | EDUCATION, SERVICES: |
|   | HELPING YOU HELP OTHERS, |
| 7 | a California public benefit corporation, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual; and<br>DISABILITY RIGHTS, ENFORCEMENT,<br>EDUCATION, SERVICES:HELPING YOU<br>HELP OTHERS, a California public benefit<br>corporation, | ) <br> ) <br> ) <br> ) <br> ) | **CASE NO. CV-09-1448-MEJ**<br><br>**STIPULATION OF DISMISSAL AND**<br>~~[PROPOSED]~~ **ORDER THEREON** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| I CAFÉ, TSO HIN FONG; and GEORGE K.<br>SHAMIEH and KATHRYN SHAMIEH<br>CO-TRUSTEES of THE FAMILY TRUST<br>DATED 01/15/1994, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

6

7 Dated: February 12, 2010        THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*
8

9                               By: /S/
                                    Thomas E. Frankovich
10                               Attorney for CRAIG YATES and
                              DISABILITY RIGHTS ENFORCEMENT,
11                               EDUCATION SERVICES:HELPING YOU HELP
                              OTHERS
12

13

14

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE
-2-

1 | Dated: February 23, 2010

SHAMIYEH SHAMIEH
Attorneys At Law


By: _____/S/_____
Rami S. Shamieh
Attorneys for TSO HIN FONG; and GEORGE K. SHAMIEH and KATHRYN SHAMIEH CO-TRUSTEES of THE FAMILY TRUST DATED 01/15/1994

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.  The Clerk of Court shall close the file.

Dated: March 1, 2010

_____
Honorable Maria-Elena James
Chief United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON YATES V. ICAFE

-3-